UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GENIECE BURT,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　Defendant. | Civil No.  C04-5529JKA<br><br><br>ORDER |

　　Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,500.00, expenses in the amount of $57.82 pursuant to 28 U.S.C. § 2412, and costs in the amount of $194.00, pursuant to 28 U.S.C. § 1920 shall be awarded to Plaintiff.

　　DATED this 25th day of August, 2005.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Page 1　　　　ORDER - [C04-5529JKA]

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-3748
FAX:  (206) 615-2531
richard.rodriguez@ssa.gov