# United States District Court

WESTERN DISTRICT OF WASHINGTON

GENIECE BURT,
                Plaintiff,

          v.

JO ANNE B BARNHART,
                Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C04-5529JKA

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

BASED UPON THE STIPULATION OF THE PARTIES, COURT ORDERS THAT ATTORNEY FEES IN THE AMOUNT OF $6,500.00, EXPENSES IN THE AMOUNT OF $57.82, AND COSTS IN THE AMOUNT OF $194.00 SHALL BE AWARDED TO THE PLAINTIFF.

August 29, 2005
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk